Nash, J.
 

 It is unnecessary for us to express an opinion as to the correctness-of the charge upon the first count.
 
 *329
 
 The defendant, the appellant, does not complain of it and it forms no part of his bill of exceptions.
 

 We cannot well perceive where the error in law lies in the charge upon the second count. There can be. no doubt, that the two counts can be joined ; and there is as little doubt, that one tenant in common of land may commit an assault and battery upon the person of his co-tenant. While the law permits to each tenant in common a peaceable entry upon every portion of the land held in common, it does not justify any actual force ap* plied to the person of his co tenant. The case states, that the defendant did commit an assault and battery upon the person of the plaintiff.
 

 I’dr Cum AM. Judgment affirmed.